IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD SHAY,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-3507 |
| | : | |
| **JOSEPH HOMITZ,** *et al.,* | : | |
| **Defendants.** | : | |

# **ORDER**

**AND NOW**, this 30th day of May 2025, upon considering defendants' motion for summary judgment (DI 30), plaintiff's opposition (DI 31), defendants' reply (DI 32), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion for summary judgment (DI 30) is **GRANTED**.  The Clerk of Court shall **close** this case.

**MURPHY, J.**